# EXHIBIT A

| Song | Copyright Registration Number |
| --- | --- |
| 1, 2 STEP | PA0001305520 |
| 123456 | PA0002216507 |
| 3 THINGS | PA0001993661 |
| 93 MILLION MILES | PA0001833363 |
| A SLOW PARADE | PA0001696511 |
| ACROSS THE SEA | PA0000819477 |
| ADINA | PA0000747461 |
| AFTER THE LOVIN' | PAu000074243 |
| AIN'T 2 PROUD 2 BEG | PA0000552497 |
| ALL NIGHT LONG | PA0000218613 |
| ALL NIGHT LONG | PA0001781230 |
| ALL OF YOU | PA0000250079 |
| ALL THE FEELS | PA0002216194 |
| AMERICAN BOY | PA0001599813 |
| APPLES & BANANAS | PA0000580322 |
| ARMADA LATINA | PA0001712827 |
| ARMCHAIRS | PA0001589389 |
| AROUND MY WAY FREEDOM AIN'T FREE | PA0001800663 |
| AROUND THE WAY GIRL | PA0000499308 |
| ASCENDANCE | PA0001911717 |
| AXIOM | PA 1-011-263 |
| BABE | PA0000062207 |
| BABYDOLL | PA0000892976 |
| BACC IN DA DAYZ | PA0002092022 |
| BACK WHEN | PA0001241519 |
| BE HONEST | PA0001833347 |
| BE STRONG | PA0000717946 |
| BE YOURSELF | PA0001281046 |
| BEAUTY IN THE WORLD | PA0001733325 |
| BELLA | PA0000344349 |
| BEVERLY HILLS | PAu003002545 |
| BIG TIME OPERATOR | PA0001013445 |
| BLACK MUD | PA0001698031 |
| BLAME IT ON THE BOSSA NOVA | EU0000748850 |
| BLITZKRIEG BOP | EU0000832779 |
| BLUE LIGHT | PA0000746054 |
| BOAT ON THE RIVER | PA0000062209 |
| BOMBTRACK | PA0000664233 |
| BORDERLINE | PA0002168671 |
| BOTCHED EXECUTION | PA0002066849 |
| BREAKIN' A SWEAT | PA0001902797 |
| BROKEN HALOS | PA 2-096-413 |
| BUDDY | PA 2-110-294 |
| BUDDY HOLLY | PA0000787867 |
| BUFFALO NICKEL | PA0002066845 |
| BULLET AND A TARGET | PA 1-159-708 |

| | |
|---|---|
| BULLS ON PARADE | PA0000795396 |
| BURNITUP! | PA0001997019 |
| CAGE THE BEAST | PA0001757833 |
| CALIFORNIA BLUE | PA0000424821 |
| CALIFORNIA DROUGHT | PA0002069636 |
| CALM LIKE A BOMB | PA0001197435 |
| CAN WE | PA0000822435 |
| CANDY RAIN | PA0000762317 |
| CARRY ON | EU0000166067 |
| CHECK THE RHIME | PA0000822308 |
| CHINESE DEMOCRACY | PA0001701021 |
| CHRISTMAS RAPPIN' | PA0000054360 |
| COCHISE | PA0001109566 |
| COME JOIN THE MURDER | PA0001968837 |
| COME WHAT MAY | PAu000385333 |
| COMFORT EAGLE | PA0001071639 |
| CONTIGO (WITH YOU) | PAu001929072 |
| CRYSTALLIZE | PA0001961823 |
| CUMBERLAND GAP | PA2107119 |
| CUT THE CAKE | EP0000339990 |
| DAGGERS | PA0002203069 |
| DANCE WIT' ME | PA0000204808 |
| DAYS GO BY | PA0001102046 |
| DEMONS | PA0002203052 |
| DIAMONDS AND GOLD | PA0002203059 |
| DOESN'T REMIND ME | PA0001161830 |
| DON'T KNOW MUCH | PAu000202126 |
| DON'T LET IT END | PA0000166500 |
| DOUBLE BUBBLE TROUBLE | PA0001881049 |
| DR. BONES | PA0000919389 |
| DRAWN | PA0002074906 |
| EL SCORCHO | PA0000819479 |
| ELECTRIC UNCLE SAM | PA0001111629 |
| ELEMENTS | PA0001961825 |
| ELLIPSES | PA0002105848 |
| EVERYTHING TO ME | PA0001681380 |
| EXCUSE ME | PA0001736714 |
| FADE INTO YOU | PA0000746055 |
| FALL BACK DOWN | PA 1-157-518 |
| FALLORUN | PA0002193527 |
| FASHION BEATS | PA0001796441 |
| FEEL LIKE MAKIN' LOVE | EU433753 |
| FEELINGS | PA0000626573 |
| FEVER | PA0001918263 |
| FIRST TIME | PA0000062211 |
| FISH ASSASSIN | PA0001956966 |
| FLORIDA KILOS | PA0001923113 |

| | |
|---|---|
| FLOWERS IN DECEMBER | PA0000819703 |
| FOOLS GOLD | PA0001847253 |
| FREE FALLIN | PA0000417693 |
| FREE YOURSELF | PA0001292980 |
| FREEDOM | PA0000664233 |
| FUTURES | PA 2-122-243 |
| GET IT | PA0002125182 |
| GIMME THE MIC | PA0001158027 |
| GIMME YOUR LOVE | PA0002160720 |
| GLORY BE | PA000123896 |
| GO | PA0002201638 |
| GOLD ON THE CEILING | PA0001799048 |
| GOODBYE | PAu001098172 |
| GYPSY MOTH | PA0002105852 |
| HALFWAY GONE | PA0001691988 |
| HANDCLAP | PA0002025789 |
| HASH PIPE | PA0001046402 |
| HE'S SO SHY | PA0000085422 |
| HEALTHY BODY | PA0000781283 |
| HELL OF A LIFE | PA0001791338 |
| HELPLESSLY HOPING | EU0000120469 |
| HEY NINETEEN | PA0000090149 |
| HIGH ENOUGH | PA0000476678 |
| HOLD ME | PAu003002545 |
| HOLD YOUR HEAD UP HIGH | PA 2-122-238 |
| HOLDIN' ON | PA 1-244-382 |
| HONEY BEE | PA0000253124 |
| HOWLIN' FOR YOU | PA0001698031 |
| HYENA | PA0000747461 |
| HYPEST HYPE | PA0001761301 |
| I AM THE HIGHWAY | PA0001109573 |
| I DO | PA0001060276 |
| I GOTTA PEE | PA 1-107-995 |
| I HAD A VISION | PA0002199661 |
| I JUST WANNA SHINE | PA0002216521 |
| I KNOW | PA0002066850 |
| I TRY | PA0000986833 |
| I TRY | PA0000986833 |
| I WANT YOU | PA0001629220 |
| I WILL COME TO YOU | PAu002086666 |
| I WON'T BACK DOWN | PA0000417694 |
| I WON'T GIVE UP | PA0001833354 |
| I'M HIS ONLY WOMAN | PA0001716295 |
| ICARUS | PA0002149953 |
| IF EVER YOU'RE IN MY ARMS AGAIN | PA0000221085 |
| IN MY BUSINESS | PA0000933900 |
| IN MY HOUSE | PA0000241468 |

| | |
|---|---|
| IN THE GARAGE | PA0000787862 |
| INFRA-RED | PA0002141643 |
| INTO DUST | PA0000746047 |
| INTRO | PA 900-728 |
| ISLAND IN THE SUN | PA0001046403 |
| ITALIAN LEATHER SOFA | PA0000844572 |
| JANE | PA0000148167 |
| JUST ONCE | PAu000260192 |
| KEEPER | PA0002126991 |
| KILLING IN THE NAME | PA0000664233 |
| LAST DAMN NIGHT | PA0001973915 |
| LEAVING TRAIN | PA0000896715 |
| LET IT GO | PA0001395961 |
| LET THE DRUMMER KICK | PA 1-244-382 |
| LET'S GO | PA0001850695 |
| LET'S RIDE | PA0001994662 |
| LIFE IS TOO SHORT | PA0000443687 |
| LIGHT MY FIRE | EU0000973902 |
| LIKE A STONE | PA0001109570 |
| LITTLE BLACK SUBMARINES | PA0001799048 |
| LO/HI | PA0002201624 |
| LOKI | PA 1-011-263 |
| LONELY BOY | PA0001799048 |
| LONGTIME SUNSHINE | PAu002881343 |
| LOOK AT MISS OHIO | PA 1-203-263 |
| LOTTA LOVE | PA0000028456 |
| LOVE AT FIRST SIGHT | PA0000498354 |
| LOVE DOESN'T ASK WHY | PAu001666110 |
| LOVE HAS NO PRIDE | EU0000206200 |
| LOVE OF MY LIFE | PA0000972926 |
| LOVE WILL TURN YOU AROUND | PA0000150877 |
| LOVE YOU MADLY | PA0001071639 |
| MAD ABOUT YOU | PAu000748204 |
| MAGIC | PA0001714342 |
| MAGIK 2.0 | PA0001941009 |
| MAKE IT HOT | PA0000904517 |
| MAN ON THE SILVER MOUNTAIN | RE0000891670 |
| MARIA | PA0001197436 |
| MAXWELL MURDER | PA 762-716 |
| MEANSTREAK | PA0000186798 |
| MERCEDES BENZ | EU0000226499 |
| MICROPHONE FIEND | PA0000381234 |
| MONSOON | PA0001706120 |
| MONUMENTS | PA0002203044 |
| MR MOM | PA0001241516 |
| MR. ROBOTO | PA0000166498 |
| MR. VAIN | PA0000669578 |

| | |
|---|---|
| MY LOVE IS LIKE WHOA | PA0001196408 |
| NEED U BAD | PA0001734091 |
| NEVER IN MY WILDEST DREAMS | PA0002085431 |
| NEVER THERE | PA0000947893 |
| NEW YORK CITY | PA0002196713 |
| NO DISRESPECT | PA0001053484 |
| NOTHING BUT THE TAIL LIGHTS | PA0000822453 |
| OH YES | PA0000931052 |
| OLD FRIEND | PA 2-122-249 |
| OLD LOVE/NEW LOVE | PA0001974814 |
| OLYMPIANS | PA0002193484 |
| ONE MORE DOLLAR | PA 762-784 |
| ONLY THE OCEAN | PA0001718556 |
| OUT OF MY LEAGUE | PA0001847257 |
| PANCHO AND LEFTY | EU0000364670 |
| PARADISE CIRCUS | PA0001718613 |
| PARTY ALL THE TIME | PAu003055615 |
| PASS THAT DUTCH | PA0001285856 |
| PENITENTIARY | PA0001241620 |
| PENTAGRAM | PA0000847501 |
| PEOPLE ARE STRANGE | EU0000009348 |
| PER TE | PA0001239113 |
| PICK UP THE PIECES | EU0000518244 |
| PIENSAS (DILE LA VERDAD) | PA0002038003 |
| PINK TRIANGLE | PA0000819480 |
| PORK AND BEANS | PA0001738319 |
| PRIDE AND JOY | PA0000253122 |
| PULASKI AT NIGHT | PA0001891441 |
| PUNCHIN' BAG | PA0002000802 |
| QB BLITZ | PA0002129331 |
| RACE CAR YA-YAS | PA0000844572 |
| RADIATE | PA0001891619 |
| RAY OF LIGHT | PA0000920812 |
| REFUGEE | PA0000072196 |
| RENEGADE | PA0000016571 |
| REVELATIONS | PA0001344013 |
| RIDERS ON THE STORM | EU0000244354 |
| RIVIERA PARADISE | PA0000600341 |
| ROADHOUSE BLUES | EU0000159614 |
| ROADRUNNER | EU0000591033 |
| ROCKIN' IN THE FREE WORLD | PA0000457663 |
| ROLL UP | PA0002046992 |
| ROMA FADE | PA0002028438 |
| ROOTS IN STEREO | PA0001327585 |
| RUBY SOHO | PA 762-716 |
| RUDE MOOD | PA0000253122 |
| RUN IT | PA0002047011 |

| | |
|---|---|
| RUNNIN | PA0000819595 |
| RUNNIN' DOWN A DREAM | PA0000417696 |
| RUNNING WITH THE NIGHT | PA0000192541 |
| SAME SCRIPT DIFFERENT CAST | PAu002533004 |
| SANTA CLAUS IS COMIN' TO TOWN | EP44455 |
| SANTA DOES | PA0002198453 |
| SAY IT AIN'T SO | PA0000787865 |
| SCIENCE FICTION DOUBLE FEATURE | EU0000472810 |
| SCUTTLE BUTTIN' | PAu000381588 |
| SEEN IT ALL | PA0001949074 |
| SHADOWS | PA0001961827 |
| SHE'LL COME BACK TO ME | PA0000844572 |
| SHEENA IS A PUNK ROCKER | EU0000832801 |
| SHORT SKIRT/LONG JACKET | PA0001244364 |
| SHOW ME HOW TO LIVE | PA0001109567 |
| SHOW ME HOW YOU FEEL | PAu003958069 |
| SHOW ME THE WAY | PA0000510451 |
| SHUT UP AND DANCE | PA0000629268 |
| SIDEWAYS | PA 1-104-534 |
| SIGNS | PA0001190723 |
| SILVER SPRINGS | EU0000713078 |
| SISYPHUS | PA0002193477 |
| SLEEP NOW IN THE FIRE | PA0001197436 |
| SMUGGLER'S BLUES | PA0000256549 |
| SO GONE | PA0001239742 |
| SON'S GONNA RISE | PA0001241620 |
| SONG OF THE CAGED BIRD | PA0001961828 |
| SOUTHERN CROSS | PA0000151380 |
| STAY WITH ME | PA0001906179 |
| STEELO | PA0000801242 |
| STOP DRAGGIN MY HEART AROUND | PA0000133701 |
| STOP I'M ALREADY DEAD | PA0001316511 |
| STRANGER IN MY HOUSE | PA0001032957 |
| STRUCK BY LIGHTNING | PA0002134410 |
| SUITE: JUDY BLUE EYES | PA0000047685 |
| SWEET AND LOW | PAu003593276 |
| SWEET TRANSVESTITE | EU472813 |
| TAKE EVERYTHING | PA0000819703 |
| TEMPO | PA0002192075 |
| TESTIFY | PA0001197435 |
| TEXAS TIME | PA0002144876 |
| THAT SOMETHING | PA0002149948 |
| THE 1 | PA0001396235 |
| THE BEST OF TIMES | PA0000095105 |
| THE GO GETTER | PA0001698031 |
| THE GOOD LIFE | PA0000819478 |
| THE HUMMINGBIRD | PAu001551256 |

| | |
|---|---|
| THE METAL | PA0001367230 |
| THE MOUNTAIN | PA0002140193 |
| THE OBSERVATORY | PA2108109 |
| THE OTHER SIDE | PA0001797712 |
| THE STIGMA (BOYS DON'T CRY) | PA0002165547 |
| THE WALKER | PA0001847257 |
| THE WAY IT WILL BE | PA0001749943 |
| THE WAY LOVE LOOKS | PA0001690197 |
| THROUGH THE FIRE | PA0000235442 |
| THROUGH THE WIRE | PA0001256439 |
| TIGHTEN UP | PA0001698031 |
| TIME BOMB | PA 762-716 |
| TIME OUT OF MIND | PA0000090152 |
| TIME WARP | EU0000472814 |
| TIN FOIL HAT | PA0002092082 |
| TO BE ALONE | PA0002016841 |
| TOO CLOSE | PA0000914746 |
| TOO MUCH TIME ON MY HANDS | PA0000107118 |
| TRIPPIN | PA0000988329 |
| TROUBLE | PA0002000798 |
| UGLY | PA0001108043 |
| UNDONE | PA0000787866 |
| VICTORIOUS | PA 2-087-649 |
| VINYL | PA0002053341 |
| WAIT (THE WHISPER SONG) [REMIX] | PA0001162153 |
| WAITIN' AROUND TO DIE | EP0000243392 |
| WAITING FOR LOVE | PAu002576167 |
| WAKE UP | PA0000664233 |
| WALK ACROSS THE WATER | PA0002201626 |
| WALLS (CIRCUS) | PAu002082875 |
| WASTING TIME | PA0001200004 |
| WHAT YOU ARE | PA0001109569 |
| WHATCHA GONNA DO FOR ME | PA0000081104 |
| WHATEVER HAPPENED TO SATURDAY NIGHT | PA0000207152 |
| WHATEVER IT TAKES | PA0001904168 |
| WHATEVER WILL BE, WILL BE (QUE SERA, SERA) | EU 406981 |
| WHY BOTHER? | PA0000819476 |
| WHY WON'T YOU LOVE ME | PA0002139016 |
| WILD THOUGHTS | PA0002133335 |
| WILDFLOWERS | PA0000738962 |
| WITHOUT ME | PA0001934698 |
| WITHOUT YOUR LOVE | PA 2-096-412 |
| WORK | PA0001729160 |
| WORK IT | PA0001153630 |
| WORKING ON A SONG | PA0002206304 |
| YOU AND ME AND ALL OF THE PEOPLE | PA0001271822 |
| YOU ARE THE WOMAN | EU0000646047 |

| | |
|---|---|
| YOU CAN TELL THE WORLD | EU0000659481 |
| YOU DON'T KNOW HOW IT FEELS | PA0000738963 |
| YOU GOT LUCKY | PAu000457094 |
| YOU WON'T SEE ME TONIGHT | PA0000954890 |
| YOU WRECK ME | PA0000738965 |
| YOU'RE WRONG | PA 1-320-850 |
| YOUR TIME HAS COME | PA0001281044 |
| ZOOT SUIT RIOT | PA0000915164 |