DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street 26th Floor
Oakland, California 94612-3520
Telephone:  (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Plaintiff
WIXEN MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC. <br><br> Plaintiff, <br><br> v. <br><br> TRILLER, INC.; and TRILLER, LLC, <br><br> Defendant. | Case No.  2:20-cv-10515-JVS-AFM <br><br> **DECLARATION OF JASON RYS IN COMPLIANCE WITH THE COURT'S MAY 5, 2021 MINUTES IN CHAMBERS ORDER [DKT. 41] REGARDING TRILLER, INC.'S MOTION TO DISMISS** <br><br> **Complaint Filed: November 17, 2020** |

I, Jason Rys, declare as follows:

1. I am the Chief Technology Officer and Executive Vice President of Wixen Music Publishing, Inc. ("Wixen"), and have worked for Wixen for thirteen years. In addition to my work for Wixen, I am the chairperson of the Dispute Resolution Committee of the Mechanical Licensing Collective, which was designated by the U.S. Copyright Office pursuant to the Music Modernization Act of 2018; I serve as the publisher chair of the Common Agreement Format (CAF) committee of the International Confederation of Societies of Authors and Composers (CISAC), which is the world's largest international network of authors' societies, including Performing Rights Organizations (PROs); I am the co-founder of a music rights administration company; and I have testified to the Library of Congress on copyright and music industry practices. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto.

2. Pursuant to the Court's May 6, 2021 Order Regarding Defendant's Motion to Dismiss, Wixen provided written notice of this action to all co-owners and copyright claimants of the musical compositions at issue in this lawsuit. Those provided notice are divided into two groups. The first group consists of Wixen clients, whose interests Wixen represents in this lawsuit pursuant to their Administration Agreements with Wixen (the "Wixen Clients"). The second group are the co-owners of the partial shares of the copyrights of musical compositions in this lawsuit that Wixen does not own or represent ("Co-Owners").

3. Attached as Exhibit A to this declaration is a list of all Wixen Clients and Co-Owners for the musical compositions that are, in whole or in part, at issue in the pending action against Triller. Attached as Exhibit B to this declaration is a sample letter informing the Wixen Clients of the pending action, which Wixen sent to Wixen Clients via first class U.S. mail on June 4, 2021. Attached as Exhibit C to this declaration is a sample letter informing the Co-Owners of the pending action, which, at Wixen's instruction, Donahue Fitzgerald LLP sent to Co-Owners via first

1  class mail on June 4 and 5, 2021, except for one letter sent June 7, 2021, and, as
2  discussed below, to two Co-Owners who were sent the letter via email on June 4,
3  2021. For sake of brevity, the enclosures to the letters are not included in the exhibits.
4      4.    I supervised the research of ownership information necessary to provide
5  the required written notice to Wixen Clients and Co-Owners.
6      5.    For Wixen Clients, Wixen extracted the most current payee name and
7  mailing address on file for each payee of each composition from Wixen's royalty
8  system.
9      6.    For Co-Owners, Wixen used The American Society of Composers,
10 Authors and Publishers' ("ASCAP"), Broadcast Music Inc.'s ("BMI"), and The
11 Society of European Stage Authors and Composer's ("SESAC") websites to research
12 ownership information. In my experience, these are the most current and accurate
13 sources for finding contact information for owners of musical compositions or their
14 authorized representatives. They are routinely relied on in the music publishing
15 industry to locate and contact owners or their authorized representatives, including
16 for obtaining synchronization licenses. ASCAP, BMI and SESAC regularly
17 distribute royalties to songwriters and/or owners of musical composition copyrights,
18 or their authorized representatives, and there is, therefore, a strong incentive to
19 maintain accurate and current information in their databases. We were able to locate
20 approximately three quarters of the ownership information for Co-Owners on
21 ASCAP's, BMI's, and/or SESAC's websites. Where we were unable to locate the
22 ownership information through ASCAP's, BMI's, or SESAC's websites, we used the
23 US Copyright Office's online registration records and Harry Fox Agency, Inc.'s
24 website to locate ownership information. When the owner's name was available at
25 the aforementioned sources but an address was not, we attempted to locate the
26 owner's contact information through the copyright owner's website, if available, and,
27 if not, through Google search results and our own internal files and emails. Because
28 Wixen jointly controls musical compositions with Co-Owners, it is not uncommon

to communicate with them. There were two Co-Owners for whom we were able to locate email addresses, but not mailing addresses; for those two Co-Owners, Donahue Fitzgerald LLP emailed the letter.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on June 7, 2021 at Kona, Hawaii.

DocuSigned by:

8B82665EDCB14EF...

Jason Rys