LATHAM & WATKINS LLP
  Joseph R. Wetzel (Bar No. 238008)
    joe.wetzel@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Nicholas Rosellini (Bar No. 316080)
    nick.rosellini@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

  Allison L. Stillman (*pro hac vice*)
    alli.stillman@lw.com
  1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747
Facsimile: +1.212.751.4864

  Allison S. Blanco (Bar No. 287554)
    allison.blanco@lw.com
  650 Town Center Drive
Costa Mesa, California 992626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Defendant Triller, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRILLER, INC., a Delaware corporation; and TRILLER, LLC, a limited liability company, <br><br> Defendants. | Case No. 2:20-cv-10515-JVS-AFM <br><br> **DEFENDANT TRILLER, INC.'S NOTICE OF MOTION AND MOTION TO BIFURCATE DISCOVERY** <br><br> The Honorable James V. Selna <br><br> Date: July 26, 2021 <br> Time: 1:30 PM <br> Courtroom: 10C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO BIFURCATE DISCOVERY
CASE NO. 2:20-CV-10515-JVS-AFM

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable James V. Selna in Courtroom 10C of the United States District Court, Central District of California, located at 411 West 4th Street, Los Angeles, CA 992701, Defendant Triller, Inc. ("Triller") will and hereby does move this Court for an order to bifurcate discovery on the issue of Plaintiff Wixen Music Publishing, Inc.'s copyright ownership and standing and to stay all other discovery pending resolution of a summary judgment motion on that issue by this Court.

This Motion is made pursuant to Federal Rule of Civil Procedure 42(b) on grounds that bifurcating discovery will save the parties and the Court substantial time and expense, and will convenience, rather than prejudice, the parties in this matter. The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and records on file herein, and upon all other arguments and evidence that may be presented to this Court.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 18, 2021.

Dated:  June 25, 2021               Respectfully Submitted,

                                    LATHAM & WATKINS LLP

                                    By:  */s/ Andrew M. Gass*

                                        Joseph R. Wetzel (Bar No. 238008)
                                        joe.wetzel@lw.com
                                        Andrew M. Gass (Bar No. 259694)
                                        andrew.gass@lw.com
                                        Nicholas Rosellini (Bar No. 316080)
                                        nick.rosellini@lw.com
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, California 94111-6538

1  
2  Telephone: +1.415.391.0600  
   Facsimile: +1.415.395.8095  
3  
   Allison L. Stillman (*pro hac vice*)  
4       alli.stillman@lw.com  
   885 Third Avenue  
5  New York, New York 10022-4834  
   Telephone: +1.212.906.1747  
6  Facsimile: +1.212.751.4864  

7  Allison S. Blanco (Bar No. 287554)  
        allison.blanco@lw.com  
8  650 Town Center Drive  
   Costa Mesa, California 992626  
9  Telephone: +1.714.540.1235  
   Facsimile: +1.714.755.8290  
10  
   *Attorneys for Defendant Triller, Inc.*
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

LATHAM&WATKINS LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO

2

DEFENDANT'S NOTICE OF MOTION AND  
MOTION TO BIFURCATE DISCOVERY  
CASE NO. 2:20-CV-10515-JVS-AFM