LATHAM & WATKINS LLP
  Joseph R. Wetzel (Bar No. 238008)
    *joe.wetzel@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Nicholas Rosellini (Bar No. 316080)
    *nick.rosellini@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

  Allison L. Stillman (*pro hac vice*)
    *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747
Facsimile: +1.212.751.4864

  Allison S. Blanco (Bar No. 287554)
    *allison.blanco@lw.com*
650 Town Center Drive
Costa Mesa, California 992626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Defendant Triller, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRILLER, INC., a Delaware corporation; and TRILLER, LLC, a limited liability company, <br><br> Defendants. | Case No. 2:20-cv-10515-JVS-AFM <br><br> **DECLARATION OF ANDREW M. GASS IN SUPPORT OF DEFENDANT TRILLER, INC.'S MOTION TO BIFURCATE DISCOVERY** <br><br> Judge: The Honorable James V. Selna <br> Date: July 26, 2021 <br> Time: 1:30 PM <br> Place: Courtroom 10C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF ANDREW M. GASS ISO DEF.'S MOTION
TO BIFURCATE DISCOVERY
CASE NO. 2:20-CV-10515-JVS-AFM

# DECLARATION OF ANDREW M. GASS

I, Andrew M. Gass, declare as follows:

1. I am a member in good standing of the bar of the State of California, a partner with the law firm of Latham & Watkins LLP, and counsel for Triller, Inc. ("Triller") in this matter. I submit this Declaration in support of Triller's Motion to Bifurcate Discovery. I have personal, first-hand knowledge of the facts set forth below.

2. Attached as Exhibit A is a true and correct copy of Plaintiff Wixen Music Publishing, Inc.'s First Set of Interrogatories, served on Triller on June 2, 2021.

3. Attached as Exhibit B is a true and correct copy of Plaintiff Wixen Music Publishing, Inc.'s First Set of Requests for Production of Documents, served on Triller on June 2, 2021.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on June 25, 2021 in San Francisco, California.

                                                         */s/ Andrew M. Gass*
                                                         Andrew M. Gass