LATHAM & WATKINS LLP
  Joseph R. Wetzel (Bar No. 238008)
    joe.wetzel@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Nicholas Rosellini (Bar No. 316080)
    nick.rosellini@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

  Allison L. Stillman (*pro hac vice*)
    alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747
Facsimile: +1.212.751.4864

  Allison S. Blanco (Bar No. 287554)
    allison.blanco@lw.com
650 Town Center Drive
Costa Mesa, California 992626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Defendant Triller, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRILLER, INC., a Delaware corporation; and TRILLER, LLC, a limited liability company, <br><br> Defendants. | Case No. 2:20-cv-10515-JVS-AFM <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT TRILLER, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BIFURCATE DISCOVERY** <br><br> The Honorable James V. Selna <br><br> Date: July 26, 2021 <br> Time: 1:30 PM <br> Courtroom: 10C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
TRILLER'S MOTION TO BIFURCATE
CASE NO. 2:20-CV-10515-JVS-AFM

Before the Court is Defendant Triller, Inc.'s Motion to Bifurcate Discovery into two phases: (1) discovery related to Plaintiff Wixen Music Publishing, Inc.'s copyright ownership and standing to bring the present copyright infringement lawsuit; and (2) discovery into all remaining issues of liability and damages, pending the Court's resolution of Triller's motion for summary judgment on copyright ownership and standing. Having considered the parties' submissions and arguments in support of and in opposition to the Motion, the Court finds that bifurcating discovery will save the parties and the Court substantial time, resources, and expense, while not prejudicing either party to this litigation.

Triller's Motion to Bifurcate Discovery is thereby GRANTED. Discovery into other liability and damages issues is STAYED pending this Court's resolution of Triller's anticipated motion for summary judgment on copyright ownership and standing.

**IT IS SO ORDERED**.

Dated: June 25, 2021

The Honorable James V. Selna
United States District Judge